**UNITED STATES OF AMERICA**

---

VS.                                          Criminal No. **1:23-cr-354 (TJK)**

---

**JERRY DANIEL BRAUN**

---

| Government |  |
|---|---|
| Plaintiff |  |
| Defendant |  |
| Joint |  |
| **Court** |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| **000 Series – Physical Evidence** | | | | | |
| 1 | Clothing / Outerwear | | | | |
| 2 | Shoes | | | | |
| 3 | Wool Cap | | | | |
| 4 | Cell Phone | | | | |
| 5 | Shotgun Shock Business Card | | | | |
| 6 | Sweatshirt | | | | |
| 7 | Backpack | | | | |
|  | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **100 Series – Maps and Images of the Capitol** | | | | | |
| 101 | Map Showing U.S. Capitol Grounds - 1946 | | | | |
| 102 | Map Showing Restricted Area | | | | |
| 103 | 3D Model of U.S. Capitol - Overhead | | | | |
| 104 | 3D Model of U.S. Capitol – West Plaza | | | | |
| 105 | 3D Model of U.S. Capitol – West Plaza | | | | |
| 106 | Area Closed Sign | | | | |
| 107 | Image – Garfield Circle (Block) | | | | |
| 108 | Image – Garfield Circle (Hemphill) | | | | |
| 109 | Image – Garfield Circle (Bellingcat) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 110 | Image – Fencing and Signs West Lawn | | | | |
| | | | | | |
| **200 Series – US Capitol Police CCV and Body-Worn Camera Footage** | | | | | |
| 201 | USCP CCV Montage | | | | |
| 202 | USCP CCV Montage with Radio Runs | | | | |
| 203 | Lower West Terrace Time-Lapse Video | | | | |
| 204 | USCP CCV Video (Pence Evacuation) | | | | |
| 205 | USCP CCV Video (East Front Motorcade) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 206 | Officer Louis Laurore – BWC | | | | |
| 207 | Officer Marina Bronstein – BWC | | | | |
| 208 | Officer Ryan Exum – BWC | | | | |
| 209 | Officer Jamal Green – BWC | | | | |
| 210 | Officer Lawrence Lazewski – BWC | | | | |
| 211 | Officer Antonio Gould – BWC | | | | |
| 212 | Officer Stephen Naticchione – BWC | | | | |
| 213 | Officer David Augustine – BWC | | | | |
| 214 | Officer Tyler Haines – BWC | | | | |
| 220 | USCP CCV Camera 903 (12:50 p.m. – 2:00 p.m.) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | -   Clips from Camera 903 | | | | |
| 221 | USCP CCV Camera 908 (12:50 p.m. – 2:00 p.m.) | | | | |
| | -   Clips from Camera 908 | | | | |
| 222 | USCP CCV Camera 942 (12:50 p.m. – 1:00 p.m.) | | | | |
| | -   Clips from Camera 942 | | | | |
| 223 | USCP CCV Camera 943 (12:50 p.m. – 1:00 p.m.) | | | | |
| | -   Clips from Camera 943 | | | | |
| 224 | USCP CCV Camera 944 (12:50 p.m. – 2:00 p.m.) | | | | |
| | -   Clips from Camera 944 | | | | |
| 225 | USCP CCV Camera 945 (12:50 p.m. – 2:00 p.m.) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | - Clips from Camera 945 | | | | |
| 230 | USCP Gallagher Photos and Videos | | | | |
| 230.15 | USCP Gallagher Photos and Videos (DSC_0015.jpg) | | | | |
| 230.27 | USCP Gallagher Photos and Videos (DSC_0027.jpg) | | | | |
| 230.30 | USCP Gallagher Photos and Videos (DSC_0030.jpg) | | | | |
| 230.31 | USCP Gallagher Photos and Videos (DSC_0031.jpg) | | | | |
| 230.35 | USCP Gallagher Photos and Videos (DSC_0035.MOV) | | | | |
| 230.102 | USCP Gallagher Photos and Videos (DSC_0102.jpg) | | | | |
| 231 | USCP Luckel Photos and Videos | | | | |
| 231.02 | USCP Luckel Photos and Videos (DSC_0002.mov) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 231.03 | USCP Luckel Photos and Videos (DSC_0003.mov) | | | | |
| 231.04 | USCP Luckel Photos and Videos (DSC_0004.mov) | | | | |
| 231.06 | USCP Luckel Photos and Videos (DSC_0006.mov) | | | | |
| 231.07 | USCP Luckel Photos and Videos (DSC_0007.mov) | | | | |
| 250 | USCP Radio – Main Ops 1 12:53 p.m. | | | | |
| 251 | USCP Radio – Main Ops 1 12:55 p.m. | | | | |
| 252 | USCP Radio – Main Ops 1 12:56 p.m. | | | | |
| 253 | USCP Radio – Main Ops 1 12:57 p.m. | | | | |
| 254 | USCP Radio – Main Ops 1 12:58 p.m. | | | | |
| 255 | USCP Radio – Main Ops 1 12:59 p.m. | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 256 | USCP Radio – Main Ops 1 1:06 p.m. | | | | |
| 257 | USCP Radio – Main Ops 1 1:09 p.m. | | | | |
| 258 | USCP Radio – Main Ops 1 1:11 p.m. | | | | |
| 259 | USCP Radio – Main Ops 1 1:18 p.m. | | | | |
| 260 | USCP Radio – Main Ops 1 1:18 p.m. | | | | |
| 261 | USCP Radio – Main Ops 1 1:19 p.m. | | | | |
| 262 | USCP Radio – Main Ops 1 1:26 p.m. | | | | |
| 263 | USCP Radio – Main Ops 1 1:31 p.m. | | | | |
| 264 | USCP Radio – Main Ops 1 1:32 p.m. | | | | |
| 265 | USCP Radio – Main Ops 1 1:33 p.m. | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 266 | USCP Radio – Main Ops 1 1:34 p.m. | | | | |
| 267 | USCP Radio – Main Ops 1 1:36 p.m. | | | | |
| 268 | USCP Radio – Main Ops 1 1:36 p.m. | | | | |
| 269 | USCP Radio – Main Ops 1 1:36 p.m. | | | | |
| 270 | USCP Radio – Main Ops 1 1:41 p.m. | | | | |
| 271 | USCP Radio – Main Ops 1 1:41 p.m. | | | | |
| 272 | USCP Radio – Main Ops 1 1:42 p.m. | | | | |
| 273 | USCP Radio – Main Ops 1 1:44 p.m. | | | | |
| 274 | USCP Radio – Main Ops 1 1:50 p.m. | | | | |
| 275 | USCP Radio – Main Ops 1 1:50 p.m. | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 276 | USCP Radio – Main Ops 1 1:54 p.m. | | | | |
| 277 | USCP Radio – Main Ops 1 1:58 p.m. | | | | |
| 278 | USCP Radio – Main Ops 1 2:02 p.m. | | | | |
| 279 | USCP Radio – Main Ops 1 2:08 p.m. | | | | |
| 280 | USCP Radio – Main Ops 1 2:13 p.m. | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **F.** | **300 Series –Third Party Evidence (Photos and Videos)** | | | | |
| 301 | CSPAN Coverage of Trump Speech | | | | |
| 301.01 | CSPAN Coverage of Trump Speech (Clip) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301-T | Transcript of Trump Speech | | | | |
| 302.01 | Braun with wooden beam | | | | |
| 302.02 | Braun with wooden beam | | | | |
| 302.03 | Braun with wooden beam | | | | |
| 302.04 | Braun with wooden beam | | | | |
| 302.05 | Braun with wooden beam | | | | |
| 302.06 | Braun with wooden beam | | | | |
| 310 | ABQ Raw Clip (1:14 p.m.) | | | | |
| | - Clipped sub-exhibits | | | | |
| 311 | Trump Supporters Breach Barricades | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  | - Clipped sub-exhibits |  |  |  |  |
| 312 | Access to Activism |  |  |  |  |
|  | - Clipped sub-exhibits |  |  |  |  |
| 313 | RMG News |  |  |  |  |
|  | - Clipped sub-exhibits |  |  |  |  |
| 314 | Open Source Still Image West Plaza (Braun with card in left pocket) |  |  |  |  |
| 314.01 | Open Source Still Image West Plaza (Braun with card in left pocket) - Closeup |  |  |  |  |
|  |  |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **500 Series – Jerry Daniel Braun** | | | | | |
| 500 | Interview with Jerry Daniel Braun (November 2021) | | | | |
| 501 | Interview with Jerry Daniel Braun (April 2022) | | | | |
| 501-T | Transcript of Interview with Jerry Daniel Braun (April 2022) | | | | |
| 502 | Search Photographs | | | | |
| 502.33 | Search Photographs (DSC_0033.jpg) | | | | |
| 502.34 | Search Photographs (DSC_0034.jpg) | | | | |
| 502.35 | Search Photographs (DSC_0035.jpg) | | | | |
| 502.36 | Search Photographs (DSC_0036.jpg) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 502.37 | Search Photographs (DSC_0037.jpg) | | | | |
| 502.38 | Search Photographs (DSC_0038.jpg) | | | | |
| 502.40 | Search Photographs (DSC_0040.jpg) | | | | |
| 502.41 | Search Photographs (DSC_0041.jpg) | | | | |
| 502.43 | Search Photographs (DSC_0043.jpg) | | | | |
| 502.44 | Search Photographs (DSC_0044.jpg) | | | | |
| 502.52 | Search Photographs (DSC_0052.jpg) | | | | |
| 502.55 | Search Photographs (DSC_0055.jpg) | | | | |
| 502.56 | Search Photographs (DSC_0056.jpg) | | | | |
| 502.57 | Search Photographs (DSC_0057.jpg) | | | | |
| 502.58 | Search Photographs (DSC_0058.jpg) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 502.59 | Search Photographs (DSC_0059.jpg) | | | | |
| 502.60 | Search Photographs (DSC_0060.jpg) | | | | |
| 502.61 | Search Photographs (DSC_0061.jpg) | | | | |
| 502.64 | Search Photographs (DSC_0064.jpg) | | | | |
| | | | | | |
| I. | **600 Series – Jerry Daniel Braun Phone** | | | | |
| 600 | Cellebrite Report for phone contents (including text messages) | | | | |
| 601 | Electronic Communications Recovered from Braun's Phone | | | | |
| 602 | IMG_1269.MOV – January 5, 2021 at 10:10 a.m. | | | | |
| 603 | IMG_1269.MOV – January 5, 2021 at 11:16 a.m. | | | | |
| 604 | IMG_1273.MOV – January 6, 2021 at 8:44 a.m. | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 605 | IMG_1274.MOV – January 6, 2021 at 8:52 a.m. | | | | |
| 606 | IMG_1275.MOV – January 6, 2021 at 9:04 a.m. | | | | |
| 607 | IMG_1276.MOV – January 6, 2021 at 10:22 a.m. | | | | |
| 608 | IMG_1277.MOV – January 6, 2021 at 10:23 a.m. | | | | |
| 609 | IMG_1278.MOV – January 6, 2021 at 10:2 a.m. | | | | |
| 610 | IMG_1279.MOV – January 6, 2021 at 10:31 a.m. | | | | |
| 611 | IMG_1280.MOV – January 6, 2021 at 10:32 a.m. | | | | |
| 612 | IMG_1282.MOV – January 6, 2021 at 11:45 a.m. | | | | |
| 613 | IMG_1283.MOV – January 6, 2021 at 11:45 a.m. | | | | |
| 614 | IMG_1284.MOV – January 6, 2021 at 12:11 p.m. | | | | |
| 615 | IMG_1285.MOV – January 6, 2021 at 12:38 p.m. | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 616 | IMG_1286.MOV – January 6, 2021 at 2:02 p.m. | | | | |
| 617 | IMG_1287.MOV – January 6, 2021 at 3:05 p.m. | | | | |
| 618 | IMG_1288.MOV – January 6, 2021 at 3:06 p.m. | | | | |
| 619 | IMG_1289.MOV – January 6, 2021 at 4:11 p.m. | | | | |
| 620 | Calendar Entries from Braun's Phone | | | | |
| 621 | GPS Data for Braun's Phone | | | | |
| 622 | Selfie Photo | | | | |
| | | | | | |
| **700 Series – Third Party Records** | | | | | |
| 700 | Rideshare Video | | | | |
| 700.01 | Request for Rider Information from Uber | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 700.02 | Uber Rider Information | | | | |
| 700.03 | Uber Business Records Certification | | | | |
| 701 | Holiday Inn Guest Records | | | | |
| 702 | Business Record Certificate from Holiday Inn | | | | |
| 703 | Holiday Inn Surveillance Video | | | | |
| 703.01 | Holiday Inn Surveillance Video – Image | | | | |
| 704 | J.P. Morgan Chase Bank Records | | | | |
| 705 | Business Record Certificate from J.P. Morgan Chase | | | | |
| | | | | | |
| **800 Series – Stipulations** | | | | | |
| TBD | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **900 Series – Congressional and Secret Service Evidence** |  |  |  |  |  |
| 900 | Congressional Montage Video |  |  |  |  |
| 901 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) |  |  |  |  |
| 902 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) |  |  |  |  |
| 903 | U.S. Constitution, Amendment 12 Highlighted |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 904 | Senate Concurrent Resolution I – Highlighted | | | | |
| 905 | House Record from January 6, 2021 | | | | |
| 906 | Senate Record from January 6, 2021 | | | | |
| 912 | USSS Email Notification re Pence visit to Capitol with attachment | | | | |
| | | | | | |
| **920 Series – Curfew and Closure Exhibits** | | | | | |
| 920 | Safeway Email re: Closure on January 6 | | | | |
| 921 | Mid-Atlantic Daily Sales Report | | | | |
| 922 | Safeway Business Records Certificate | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 923 | Mayor Bowser's Order – January 6, 2021 | | | | |
| 924 | D.C. Register | | | | |
| 925 | Mayor Bowser's Announcement of Curfew | | | | |