UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY DANIEL BRAUN,<br><br>       *Defendant*. | Criminal Action No. 23-354 (TJK) |

## DETENTION ORDER

Today, Defendant Jerry Daniel Braun pleaded guilty to eight federal crimes for his actions at the United States Capitol on January 6, 2021, including one count of forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer or employee of the United States with a deadly weapon, in violation of 18 U.S.C. § 111(a)(1) & (b).  *See* ECF No. 97.  The D.C. Circuit has held that § 111(b) "is categorically a crime of violence." *United States v. Quaglin*, 851 F. App'x 218, 218 (D.C. Cir. 2021) (per curiam).  And under 18 U.S.C. § 3143(a)(2), the Court must "order that a person who has been found guilty of [a crime of violence] . . . be detained" pending sentencing, subject to certain exceptions not relevant here.  *See also* 18 U.S.C. § 3142(f)(1)(A); *United States v. Klein*, 533 F. Supp. 3d 1, 10–11 (D.D.C. 2021).

Despite the above, Braun argues that detention is not mandatory or that some alternative, such as home confinement, suffices under the statute, a view the Government opposes.  Thus, as the Court discussed with the parties today, it has permitted the parties to brief that issue.  *See* Minute Order of October 8, 2024.  But for now, the Court will order that Braun be detained pending sentencing for the reasons explained above and that he self-surrender next week.

\*    \*    \*

Thus, it is hereby

**ORDERED** that Jerry Daniel Braun be detained pending sentencing under 18 U.S.C. § 3143(a)(2). Braun must self-surrender to the U.S. Marshals Service in the Central District of California on Friday, October 18, 2024, and in accordance with any directions provided by Pretrial Services or the U.S. Marshals Service. It is further **ORDERED** that Braun be housed in the Central District of California and brought to the District of Columbia not more than three weeks before the sentencing date of January 27, 2025.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: October 8, 2024