## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>JERRY DANIEL BRAUN, )<br>)<br>)<br>Defendant, ) | Case No. 23CR00354-TJK |

### ORDER GRANTING IMMEDIATE RELEASE

**THIS CAUSE** came before the Court upon the Defendant **JERRY DANIEL BRAUN's** unopposed Motion for Immediate Release, and the government having no objection thereto, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and that the United States Marshall Service (USMS) is to immediately release from custody **JERRY DANIEL BRAUN.**

DATED this 22nd day of January, 2025.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge